UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>            Plaintiff,          )<br>                                )<br>   v.                           )<br>                                )<br> JUSTIN C. MANZ,                )<br>                                )<br>            Defendant.          ) | Case No. 1:11-cr-240-WTL-DKL |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that Justin C. Manz's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1 (a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant's supervised release is REVOKED.

2. Defendant is sentenced to the custody of the Attorney General or his designee for a period of 9 months with no supervised release to follow.

3. The Court recommends that Defendant be placed at FMC Lexington or another Federal Bureau of Prisons medical facility with a care level 4 mental health facility.

4. The Court requests the Federal Bureau of Prisons expedite the designation of Defendant in order to maximize the treatment Defendant will receive.

SO ORDERED this 29th day of August, 2016.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF

Distribution to U.S. Marshal